IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:   JAMES DOMINIC WALLER,                    Case No.  14-20200-13
                             Debtor
_____

JAY WALLER,
                             Plaintiff,
vs.                                                Adv. Pro. No. 14-06023

ERICKA CORADO WALLER, et al,
                             Defendants.
_____

STIPULATION OF PLAINTIFF, THE DEFENDANT, ERICKA CORRADO WALLER, AND THE DOUGLAS COUNTY DISTRICT COURT TRUSTEE

COME NOW, the Plaintiff, Jay Waller, by counsel, Jonathan Becker, the Defendant, Ericka Waller ("Defendant"), by counsel, John R. Hooge, and the Douglas County District Court Trustee ("Court Trustee"), by its attorney, John C. Giele, and hereby Stipulate to the following, to-wit:

The parties stipulate that the attached documents, marked as Exhibits A through G are true and accurate copies of the following orders, memorandum orders, decisions and journal entries issued by the Douglas County, Kansas District Court in the case captioned In the Matter of the Marriage of Ericka C. Waller and James D. Waller, case no. 10DM870, and the attached document marked as Exhibit H is a true and accurate copy of the Memorandum Opinion issued by the Kansas Court of Appeals in the case captioned, Ericka Waller, Appellee, v. James D. Waller, Appellant, No. 108,151, issued 6-14-13.

A.  Temporary Order of Custody, Parenting Time, Child Support, Maintenance, Reinstatement of Health Insurance file stamped 12-17-10

1

B. Order on Petitioner's Motion to Compel Discovery, etc. file stamped 4-4-11

C. Memorandum Decision file stamped 10-17-11

D. Order Denying Motion to Reconsider in Part and Amending Journal Entry file stamped 4-6-12

E. Memorandum Decision file stamped 5-3-13.

F. Agreed Journal Entry in Contempt and Purge Review Order file stamped 8-8-13

G. Order Modifying Purge Review Order file stamped 1-30-14

H. Memorandum Opinion of the Kansas Court of Appeals in the case captioned, <u>Ericka Waller, Appellee, v. James D. Waller, Appellant</u>, No. 108,151, issued 6-14-13.

　　s/ John R. Hooge　　　　　　　　　　　　s/ John C. Giele
John R. Hooge #09798　　　　　　　　　　John C. Giele, #14639
2619 W. 6th, suite D　　　　　　　　　　　Assistant District Court Trustee
Lawrence, Kansas 66049　　　　　　　　　111 East 11th Street, Unit 101
(785) 842-1138　　　　　　　　　　　　　Lawrence, KS 66044-2966
fax (785) 865-2966　　　　　　　　　　　(785) 832-531; fax (785) 838-2408
email: jhooge@johnhooge.com　　　　　　jgield@douglas-county.com
Attorney for Defendant, Ericka Waller


　　s/ Jonathan C. Becker
Jonathan C. Becker # 13983
3120 Mesa Way, Suite B
Lawrence, KS 66049
(785) 842-9000
fax (785) 371-0952
email: jayhawkattorney@gmail.com
attorney for the Plaintiff

stipulation.3.adv pro