The relief described hereinbelow is SO ORDERED.

SIGNED this 9th day of April, 2014.



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
JAMES DOMINIC WALLER, ) Case No. 14-20200-13
)
Debtor. )

### ORDER DENYING MOTION FOR INJUNCTION PURSUANT TO 11 USC 105

**NOW ON** this 18th day of March, 2014, the above captioned matter comes on for hearing on Debtor's Motion for an Injunction pursuant to 11 USC 105. Debtor appears by Jonathan C. Becker; Circuit Lighting appears by Richard Beheler; William H. Griffin appears as Chapter 13 Trustee.

**WHEREUPON** the Court, after hearing statements and arguments of counsel and Trustee, and well and duly advised in the premises, denies the Motion.

###

APPROVED AS SUBMITTED:


JONATHAN C. BECKER
ATTORNEY AT LAW, P.A

U.S. Bankruptcy Court
For the District of Kansas
Case No. 14-20200
Order denying Motion for Injunction pursuant to 11 USC 105
April 8, 2014, Page 2

/s/ Jonathan C. Becker_____
Jonathan C. Becker, #13983
3220 Mesa Way, Suite B
Lawrence, KS  66049-2344
785/842-0900
785/371-0952 (Fax)
jayhawkattorney@gmail.com
Attorney for Debtor

and

/s/ Richard Beheler_____
Richard Beheler, #16915
South & Associates, P.C.
6363 College Blvd., Suite 100
Overland Park, KS 66211
913.663.7600 ext. 146
913.663.7899
Attorney for Circuit Lighting

and


/s/ William H. Griffin_____
William H. Griffin, #08060
Chapter 13 Trustee
6330 Lamar, Suite 110
Overland Park, KS  66204`
913/677-1311