**The relief described hereinbelow is SO ORDERED.**

**SIGNED this 21st day of April, 2014.**



_____
Robert D. Berger
United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:   JAMES DOMINIC WALLER,                Case No.  14-20200-13
_____

ORDER REQUIRING DIRECT PAYMENT OF CURRENT CHILD SUPPORT

NOW, comes before the Court the verbal stipulation made in open court on the 18th of March, 2014 by William Griffin, Trustee and the representatives of the parties approving this Order whereby they agree that current child support should not be paid through the Trustee as stated in the Debtor's Chapter 13 Plan but instead be paid directly by the Debtor to the Kansas Payment Center for payment to Ericka Waller.  The Debtor appears by the approval of this Order by his attorney, Jonathan Becker.  The Creditor, Ericka Waller, appears by the approval of this Order by her attorney, John R. Hooge.  The Douglas County District Court Trustee appears by the approval of this Order by its attorney, John C. Giele, Assistant District Court Trustee, and William Griffin, Trustee, appears by having approved this Order.  The Court finds as follows:

   1.  That the parties and this Court agree that such current child support should not be paid through the Debtor's Plan but instead be paid directly by the Debtor to the Kansas Payment

UNITED STATES BANKRUPTCY COURT DISTRICT OF KANSAS
IN RE:   WALLER, JAMES DOMINIC             Case No. 14-20200-13
_____
ORDER REQUIRING DIRECT PAYMENT
OF CURRENT CHILD SUPPORT
Page 2
_____

Center for payment to Ericka Waller.

    2.  To that end, the child support in the amounts of $692 already paid in by the Debtor to the Trustee for each the months of February and March, 2014, shall be paid immediately by the Trustee to the Kansas Payment Center for payment to Ericka Waller

    3.  Further, all future child support payments shall be paid directly by the Debtor to the Kansas Payment Center for payment to Ericka Waller and not through this Chapter 13 )Plan.

    IT IS SO ORDERED.

##

| s/ John R. Hooge | s/ John C. Giele |
|---|---|
| John R. Hooge #09798 | John C. Giele, #14639 |
| 2619 W. 6th, suite D | Assistant District Court Trustee |
| Lawrence, Kansas 66049 | 111 East 11th Street, Unit 101 |
| (785) 842-1138 | Lawrence, KS 66044-2966 |
| fax (785) 865-2966 | (785) 832-531; fax (785) 838-2408 |
| email: jhooge@johnhooge.com | jgield@douglas-county.com |
| Attorney for Creditor, Ericka Waller | |
| | |
| s/ Jonathan C. Becker | s/ William H. Griffin |
| Jonathan C. Becker # 13983 | William H. Griffin # 08060 |
| 3120 Mesa Way, Suite B | 4350 Shawnee Mission Pkwy, Suite 13 |
| Lawrence, KS 66049 | Fairway, KS 66205 |
| (785) 842-9000 | ph. 913-677-1311 |
| fax (785) 371-0952 | Chapter 13 Trustee |
| email: jayhawkattorney@gmail.com | |
| attorney for the Debtor | child support direct.ord |